■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO DEJESUS, Appellant.—Judgment of the Supreme Court, Kings County, rendered November 18, 1975, affirmed. No opinion. This case is remitted to the

Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.